Notice of Appeal Criminal

CO-290
Rev. 3/88

United States District Court for the District of Columbia

05-6491M-06

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. P0571180
)
Anna L. White (Pro Se) )

## NOTICE OF APPEAL

Name and address of appellant:  Anna L. White
1709 Lamont St., NW
Washington, DC 20010

Name and address of appellant's attorney:  Defendant Pro Se

Offense: **Demonstrating without a Permit**

Concise statement of judgment or order, giving date, and any sentence:

Guilty: 11/17/05
Judgment Entered:
$50 fine, $25 Administrative Fee

Name and institution where now confined, if not on bail:  N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____12/3/05_____          _____Anna L. White (pn/n)_____
DATE                          APPELLANT

                              _____
                              ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE           ☐
PAID USDC FEE         ☐
PAID USCA FEE         ☐

Does counsel wish to appear on appeal?                          YES ☐    NO ☐
Has counsel ordered transcripts?                                YES ☐    NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?      YES ☐    NO ✓

**RECEIVED**
DEC - 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT